IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MICHAEL J. QUILLING, as Receiver for Sardaukar Holdings, IBC and Bradley C. Stark <br><br> Plaintiff, <br><br> VS. <br><br> 3-D MARKETING, LLC <br><br> Defendant. | § § § § § § § § § § § § <br><br> NO. 3-06-CV-0293-L |

## SHOW CAUSE ORDER

Michael J. Quilling, as Receiver for Sardaukar Holdings, IBC and related entities, has filed an amended motion for a show cause order requiring Dean A. Steeves, principal agent of 3-D Marketing, LLC, to appear in court and explain why he and his company should not be held in civil contempt for violating the final judgment entered in this case on March 8, 2007.[1] The judgment provides, in pertinent part:

> Accordingly, it is ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Michael J. Quilling as Receiver for Sardaukar Holdings, IBC and Bradley C. Stark against Defendant 3-D Marketing, LLC in the amount of $150,000; that a constructive trust is hereby imposed on the $150,000 in funds which the court found were voidable transfers under the Texas Uniform Fraudulent Transfer Act, Tex. Bus. & Comm. Code Ann. § 24.005 (Vernon 2002); *that 3-D Marketing, LLC is to disgorge these funds to the Receiver within thirty (30) days of the entry of this Judgment* . . .

Jmt., 3/8/07 at 1 (emphasis added). More than 30 days has passed since the disgorgement order was entered and 3-D Marketing, LLC has failed to pay the $150,000 to the Receiver.

---

[1] The Receiver's first motion for a show cause order was denied without prejudice because it failed to explain how Steeves, who is not a party to this case, can be held in civil contempt and incarcerated as the principal agent of 3-D Marketing, LLC. *See* Order, 5/11/07. The amended motion filed by the Receiver corrects this deficiency.

A show cause hearing is set for **July 13, 2007** at **9:00 a.m.** before U.S. Magistrate Judge Jeff Kaplan, 1100 Commerce Street, 16th Floor, Dallas, Texas. Dean A. Steeves, as principal agent of 3-D Marketing, LLC, is ordered to attend this hearing *in person*, then and there to show cause why he and his company should not be held in civil contempt for violating the disgorgement order contained in the final judgment entered on March 8, 2007. A written response to the motion is neither required nor desired. Steeves will be given an opportunity to present any evidence and argument at the show cause hearing.

The district clerk shall serve a copy of this show cause order on counsel for 3-D Marketing, LLC. In addition, the Receiver is directed to attempt personal service of this show cause order on Dean A. Steeves, as principal agent of 3-D Marketing, LLC. Proof of service must be filed with the district clerk before any relief is granted.

SO ORDERED.

DATED: June 6, 2007.

JEFF KAPLAN
UNITED STATES MAGISTRATE JUDGE